[No. 20733–4–I.   Division One.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ARDELL LAHD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00601–4, Edward Heavey, J., entered July 8, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 19840–8–I.   Division One.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD RICHARD MAILE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03117–7, Frank J. Eberharter, J., entered January 8, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., Winsor, J., dissenting.

[No. 10707–4–II.   Division Two.   July 5, 1988.]

JIM PRICE, *Appellant,* v. GUSTAF RUD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–2–00125–3, David E. Foscue, J., entered January 20, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10648–5–II.   Division Two.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN J. ZUVELA, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00067–5, Gary W. Velie, J., entered January 9, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.